CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/3/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| RALPH L. HAYES, *Plaintiff,* v. FAY SERVICING, LLC, *Defendant.* | CASE NO. 6:22-cv-00040<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter comes before the Court on Defendant's motion to dismiss and Plaintiff's motion for a preliminary injunction. For the reasons set forth in the Court's Memorandum Opinion, the Court **GRANTS** Defendant's motion, Dkt. 9, **DENIES** Plaintiff's motion, Dkt. 20, and **DISMISSES** the case from the Court's docket.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to Plaintiff and to all counsel of record.

Entered this **3rd** day of April, 2023.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE